1038

[No. 62947-6-I.   Division One.   December 21, 2009.]

ANDREW L. HERRICK, *Appellant*, v. ELISABETH LOELIGER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-32227-2, Christopher A. Washington, J., entered December 29, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 63119-5-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. M.W., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-8-00166-1, Anita L. Farris, J., entered February 6, 2009. *Affirmed* by unpublished per curiam opinion.

[No. 63549-2-I.   Division One.   December 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICIO ERNESTO SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02305-3, Deborah D. Fleck, J., entered May 5, 2009. *Remanded* by unpublished per curiam opinion.

[No. 63935-8-I.   Division One.   December 21, 2009.]

*In the Matter of the Personal Restraint of* CHAD EVERETT EVANS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.